IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 13-cv-01395-WYD-BNB | Date: | August 8, 2014 |
| Courtroom Deputy: | Brandy Simmons | FTR: | BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| LAURIE EXBY-STOLLEY, | *Bruce G. Smith* |
| **Plaintiff(s)** | |
| v. | |
| | *Susan F. Fisher* |
| BOARD OF COUNTY COMMISSIONERS OF WELD COUNTY, | *Thomas John Lyons* |
| **Defendant(s)** | |

### COURTROOM MINUTES

**PRETRIAL CONFERENCE**

Court in Session: 9:04 a.m.

Appearance of counsel.

Proposed Pretrial Order reviewed.

Defendant's Motion to Strike Witnesses Untimely Disclosed [34] is DENIED. Discovery is reopened up to and including October 10, 2014, with the sole purpose of allowing depositions of witnesses Sam Stolley, Laurel Englebert, and Monica Mika.

Exhibits to be exchanged on or before November 14, 2014.

Objections to be filed on or before December 12, 2014.

**ORDERED:  Pretrial Order is approved and filed with the corrections made of record**.

Court in Recess: 9:25 a.m.     Hearing concluded.     Total time in court: 00:21

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119