IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-01395-WYD-BNB

LAURIE EXBY-STOLLEY,

Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS, WELD COUNTY, COLORADO,

Defendant.

_____

**ORDER**
_____

Now pending is **Defendant's Motion to Strike Witnesses Untimely Disclosed** [Doc. # 34, filed 8/6/2014] (the "Motion to Strike"). The parties appeared this morning for a final pretrial conference at which time I considered the Motion to Strike and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)     The Motion to Strike [Doc. # 34] is DENIED; and

(2)     Discovery is reopened to and including October 10, 2014, solely to allow the defendant, at its option, to depose Sam Stolley, Laurel Englebert, and Monica Mika.

Dated August 8, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge