IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   13-cv-01395-WYD-BNB

LAURIE EXBY-STOLLEY,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS, WELD COUNTY, COLORADO,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    THIS MATTER is before the Court on the Plaintiff's Motion to Permit Trial Testimony of Mary Evett by Telephone (ECF No. 68), filed May 22, 2015.  In light of the Court's Minute Order (ECF No. 70) vacating the jury trial set to commence on June 15, 2015, the Plaintiff's motion (ECF No. 68) is **DENIED as MOOT**.

    Dated:   May 26, 2015.