**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   March 31, 2016 |
| E.C.R./Reporter:   Terri Lindblom | |

Civil Action No:  **13-cv-01395-WYD-NYW**           Counsel:

**LAURIE EXBY-STOLLEY**,                              Bruce G. Smith

        Plaintiff,

v.

**BOARD OF COUNTY COMMISSIONERS,**           Thomas J. Lyons
**WELD COUNTY, COLORADO**,                         Mark S. Ratner
                                                                 Robert H. Choate

        Defendant.

**COURTROOM MINUTES**

**TRIAL PREPARATION CONFERENCE**

**9:31 a.m.**       Court in Session

                APPEARANCES OF COUNSEL.

                Court's opening remarks.

9:32 a.m.       Discussion regarding issue of front-pay.

**ORDERED:**   Plaintiff shall file any legal authorities related to ADAAA and back-pay not later than **Wednesday, April 6, 2016.**

9:36 a.m.       Discussion regarding jury instructions, exhibit lists, and witness lists.

**ORDERED:**   Parties shall file revised jury instructions not later than **Monday, April 11, 2016.**

| | |
|---|---|
| **ORDERED:** | Parties shall file revised witness and exhibits lists not later than **Monday, April 11, 2016.** |
| 9:41 a.m. | Discussion regarding claims and defenses. |
| **ORDERED:** | Court will remove any mention of constructive discharge and retaliation in the joint statement of the case jury instruction. |
| | Plaintiff's Renewed Motion to Permit Trial Testimony of Mary Evett by Telephone [ECF Doc. No. 80], filed March 4, 2016, is raised for argument. |
| 9:50 a.m. | Argument by Plaintiff (Mr. Smith). |
| 9:54 a.m. | Argument by Defendant (Mr. Ratner). |
| **ORDERED:** | Plaintiff's Renewed Motion to Permit Trial Testimony of Mary Evett by Telephone [ECF Doc. No. 80], filed March 4, 2016, is **DENIED.** |
| **ORDERED:** | Plaintiff shall make arrangements to have Mary Evett appear in person at trial or file a motion for Mary Evett to appear via video conference not later than **Monday, April 4, 2016.** |
| | Defendant's Motion to Strike Plaintiff's Expert James Opp [ECF Doc. No. 78], filed February 26, 2016, is raised for argument. |
| 10:00 a.m. | Argument by Defendant (Mr. Ratner). |
| 10:01 a.m. | Argument by Plaintiff (Mr. Smith). |
| 10:09 a.m. | Argument by Defendant (Mr. Ratner). |
| **ORDERED:** | Defendant's Motion to Strike Plaintiff's Expert James Opp [ECF Doc. No. 78], filed February 26, 2016, is **GRANTED.** |
| | Defendant's Fed. R. Evid. 702 Motion to Exclude Expert Testimony of Margot Burns [ECF Doc. No. 73], filed January 20, 2016, is raised for argument. |
| 10:16 a.m. | Plaintiff's witness **Margot Burns** sworn. |
| | Direct examination by Plaintiff (Mr. Smith). |
| 10:29 a.m. | Cross examination by Defendant (Mr. Ratner). |
| 10:40 a.m. | Plaintiff rests. |

| | |
|---|---|
| 10:43 a.m. | Argument by Defendant (Mr. Ratner). |
| **ORDERED:** | Defendant's Fed. R. Evid. 702 Motion to Exclude Expert Testimony of Margot Burns [ECF Doc. No. 73], filed January 20, 2016, is **TAKEN UNDER ADVISEMENT.** |
| 10:51 a.m. | Discussion regarding proposed pretrial order submitted by counsel. |
| | Plaintiff's Motion in Limine Re: Collateral Source and Disability [ECF Doc. No. 74], filed February 9, 2016, is raised for argument. |
| 10:57 a.m. | Argument by Plaintiff (Mr. Smith). |
| 11:00 a.m. | Argument by Defendant (Mr. Ratner). |
| **ORDERED:** | Plaintiff's Motion in Limine Re: Collateral Source and Disability [ECF Doc. No. 74], filed February 9, 2016, is **DEFERRED.** |
| **ORDERED:** | Parties shall meet and confer and file status report, regarding each party's positions concerning appropriate and inappropriate use of collateral source information, not later than **Monday, April 11, 2016.** |
| 11:05 a.m. | Discussion regarding time limits for opening statements. |
| **ORDERED:** | Opening statements shall not exceed **thirty (30) minutes per side.** |
| 11:05 a.m. | Court outlines protocol for jury selection process, procedures for examination of witnesses during trial, and deferring Rule 50 motions until the end of all the evidence. |
| **11:09 a.m.** | Court in Recess - HEARING CONCLUDED. |

**TOTAL TIME:   1:38**